**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PATRICK NICHOLAS, : No. 132 MAL 2019
:
        Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
    v. :
:
:
PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.